UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:10-cv-02154-OWW-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO REMAND |
| v. | |
| J. LEAL, et al., | (ECF No. 9) |
| Defendants. | |

_____/

Plaintiff Michael Gonzales ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending that Plaintiff's Motion to Remand be denied. (ECF No. 9.) Plaintiff has failed to file objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 5, 2011, is adopted in full; and
2. Plaintiff's Motion to Remand is DENIED.

IT IS SO ORDERED.

**Dated:   September 22, 2011**               /s/ Oliver W. Wanger
                                                                         UNITED STATES DISTRICT JUDGE