IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:10-cv-02154-AWI-MJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT AND DIRECTING THE RETURN OF HIS FIRST AMENDED COMPLAINT TO HIM |
| v. | |
| B. SAUNDERS, et al., | |
| Defendants. | (ECF Nos. 14 & 16) |
| _____/ | AMENDED COMPLAINT DUE JANUARY 4, 2012 |

Plaintiff Michael Gonzales ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2011, Plaintiff filed a Motion requesting that the Court send him a copy of his "Claim," which the Court interprets to mean a copy of his most recent Complaint. (ECF No. 14.)

On October 24, 2011, Plaintiff filed a Motion for an extension of time to file an amended complaint, and for a copy of the claim to be sent to him. (ECF No. 16.) Plaintiff asks for this extension due to the conditions of his confinement. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

1. Plaintiff is granted up to and including January 4, 2012, in which to file an amended complaint; and

2. The Clerk's Office is to return Plaintiff's First Amended Complaint (ECF No. 17) to him.

IT IS SO ORDERED.

Dated:   December 11, 2011          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE